682

THE CAMALA CORPORATION v. THE PEOPLE OF THE STATE OF NEW ·YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WEINBERG & HOLMAN, INC., v. PROVIDENCE-WASHINGTON INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WEINBERG & HOLMAN, INC., v. PROVIDENCE-WASHINGTON INSURANCE COMPANY.— Motion granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE. E. STILLINGS.— Motion dismissed, on the ground that it must be made to a judge of the Court of Appeals or a justice of the Appellate Division in the Department in which the conviction was had. (Code Crim. Proc. § 520.)■ Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAMILTON EMPLOYMENT SERVICE, INC., v. NEW YORK TELEPHONE COMPANY. — Motion denied, with ten dollars costs. Present— Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WORLD EXCHANGE BANK v. ISIDORE GOLDSMITH and Others, and THEODORE FICKE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of FREDERICK B. CAMPBELL and CAMPBELL & WHIPP.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN L. CURLEY and Another, as Executors, etc., of JAMES SHEWAN, Deceased, and Others, v. EDWARD MOORE, JR., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, O'Malley and Proskauer, JJ.

IRENE M. SCHWAB v. HAROLD W. SCHWAB.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSALINDA MORINI v. OTTO H. KAHN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BENJAMIN STERN v. LOUIS MINTZ and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEATRICE P. TRENKMAN v. ISAAC T. FLATTO, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN v. CLAIR SMITH, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY WEINBERGER v. JACOB ZELENKO and Others.— Motion for leave to